UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RALPH TADDEO,

        Plaintiff,

   -against-

SUNBEAM PRODUCTS, INC. and
NEWELL BRANDS, INC.,

        Defendant.
-----------------------------------------------------------X

Case No.: 1:23-cv-03415-KPF

**SUBSTITUTION OF COUNSEL**

UNITED STATES DISTRICT JUDGE
KATHERINE POLK FAILLA

**PLEASE TAKE NOTICE** that the firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, are being substituted as attorneys of record in the place of GOLDBERG SEGALLA, LLP with respect to the representation of defendant SUNBEAM PRODUCTS, INC. in the above entitled matter.

**PLEASE TAKE FURTHER NOTICE** that all further pleadings, correspondence and communications are to be directed to WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, to the attention of Thomas DeMicco.

**IT STIPULATED AND AGREED** that a facsimile or scanned copy of this Stipulation may be filed with the Court with the same force and effect as an original hereof.

Dated: Garden City, New York
       December 11, 2023

| Goldberg Segalla, LLP | Wilson Elser Moskowitz Edelman & Dicker LLP | Sunbeam Products, Inc. |
|---|---|---|
| *[signature]* | *[signature]* | *[signature]* |
| MATTHEW G. MILLER, ESQ. | THOMAS M. DEMICCO, ESQ. | By: |
| *Outgoing Attorneys for Defendant* | DAVID BLACK, ESQ. | Print Name: Marc P. Clements |
| 711 3rd Avenue, Suite 1900 | *Incoming Attorneys for Defendant* | Title: Vice President, Litigation |
| New York, New York 10017 | Sunbeam Products, Inc. | Address: P.O. Box 2931 |
| Tel.: (646) 292-8700 | 666 Old Country Road | Wichita, Kansas 67201 |
| | Suite 602 | Tel.: (316) 219-7322 |
| | Garden City, New York 11530 | |
| | Tel.: (516) 535-0361 | |

290555136v.1

Dated: December 14, 2023  
       New York, New York

So Ordered: *[signature]*

Hon. Katherine Polk Failla